This is my Affidavit And I swear under the penalty Perjury, That All the below statements Are A Fact.

FILED SEP 24 2015 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

2254 1983
FILING FEE PAID
Yes  No ✓
IFP MOTION FILED
Yes ✓  No
COPIES SENT TO
Court ✓  Pro Se

15CV2156 GPCNLS

I, Gregory L. Fletcher # C-41111, Has been Sexual Harass by 2/w C/O Quin, I have been A Target on Multiple accounts by 2/w C/O hopez and Sgt. Stricland, I have been The Main Target For C/O Romero, C/O Galvan, C/O Grisson And C/O Sorreanno For the pass Few Months, Sgt. Stricland and C/O Quin have Reprisal againts Me in A cruel and unusual punishment way, Sgt. Stricland and C/O Quin First Violated CDC policy by Giving Me A T.V. For an unlegal Compensation that they both set up and now trying to cover it up, 602 is being Filed About this and Proof and Evidence have been Sent to the F.B.I., Federal Marshals and All My Lawyers and Investagation Team, Even Lt. Williams was going to Send Me to Ad-Seg. For A False statement that C/O Romero Stated on a 115, CCI Lewis Stated on 9-16-15 to another Inmate along with Sgt. Stricland, Tell us, Do Fletcher Sale dope, do he use dope, do he Sale Speed, Never in 35 years on this number, nothing nothing nothing, Today I look in my things and My Muslim Chain Was switch, My Muslim Ring Was gone, Mostly all of my Cosmetics was gone. In my Face Sgt Stricland and A while back Captain Sanchez told Me, that, I Will never get A Job Nor get off A-2-B and they prove it. I Suppose to be Close B-A-1-A Medical unassigned cause I Cannot Stand Nor Sit down long, Cannot Walk For A long time, Cannot bend nor push anything over 20 pounds, I Suppose to be Lower Lower But I'm being Harass and punish badly by the Same Officials that sworn and gave oath to help and To Protect Me

1.

I have ask My F.B.I. Team to please bring An Investagator and A Lawyer From The Federal Marshals, The Attorney General and The Interagal Affairs And They Agree. You are even trying to make Me pay For Medical Supply's that you are given too Me, that's wrong, My State and Federal Rights has been Violated in So Many diffeent unlegally ways And The F.B.I. know it and sees it. All I ever asked For is to be left Alone and To give back everything you all took From Me. Now C/o Lopez is trying to put A 115 on Me, that, He is Lying About, I Swear under the penalty of perjury that C/o Lopez Sgt. Stricland was both in the program office plotting on how to give Me a Serious Charge, I know this For A Fact and my Lawyers knows this to be A Fact I Will take 15 lie detector Tests and I Will pass them all. They both was plotting And C/o Lopez even went to the point OF how I got All My Medical supply's and what they was For, he even went to the point to tell Me, that, I Can't even Shoot A Basketball Nor throw A Football nor Run or Jog, that is beyond harassment and he went to Far, he is not NO Medical Doctor, Everything I'M stateing to you All is A Fact, You have the evidence and the proof and you can see it Just like The F.B.I. IN God Name, once Again, All I Want is to be left Alone, Give Me all My Stuff and Things back A.S.A.P.

Thank you, God Bless

I/M Fletcher - C-41111 - B-10-223 - Low

THIS IS MY AFFIDAVIT AND I SWEAR UNDER THE PENALTY OF PERJURY, That All the below statements are A Fact.

I Inmate Gregory L. Fletcher have been the target of Multiple unappropriate encounters With Vairous Officers For the pass 13 days and 7 Months. I have took Appropriate Legal steps to address these issues, By writing 602 and 22 Forms To the Sgt. LT. Capt. And Warden, Then when it did'ent stop, The F.B.I. The Federal Marshals, The Internal Affairs, The Attorney General, The State And Federal Supreme Courts, The President, The Governor And 17 different law Firms and my Lawyers, was All Inform.

In so as much doing so, I have been Searched unnecessary, Harassed and spoken to With Foul and Belligerent language, In and out the presence of my peers/Inmates. Because of the Seriousness of this nature, All the Above State and Federal Agents was Notify, I have been seen 7 Times already by the Federal Agents and on 9-9-15, I was seen by my investagation team and the F.B.I. C/O Romero, C/O Galvan, C/O Grisson, C/O Lopez, C/O Sudevino, Sgt. Strickland and Lt. Williams was all discuss, But, so many others as well, But, I'm not at Liberty to Say, Due to the Severe and Seriousness of some offences.

*Fucking,*

I'm providing eyewitness of my Fellow Inmates that have been Either present account or Made Aware of the Above and Following, Verbal Abuse, unnecessary Force, Mistreatment of Food and property, unlegal Searches and Harassment Constantly And ~~~~ Sexual

*Harassment*

| NAME | NUMBER |
|---|---|
| Brown. G | G18381 |
| Neable, Wm. | P-45257 |
| Gregory. Fletcher | C-41111 |
| Riley, Micah | N985 |
| Gussy Fred | C56182 |
| Diggs R | #42794 |

This is my Affidavit, I swear under the penalty of Perjury, that, All the below Statements are A Fact. Copy's has been sent to the F.B.I. The Federal Marshals, The Attorney General, Internal Affairs and my Lawyer's.

① CDC-128 Sign by C/o M. Lopez, States and claims Everything I/M Fletcher was saying is A Fact. ② C/o Lopez has been targeting I/M Fletcher For A very long time. ③ CDC-128 States C/o Lopez personally observed I/M Fletcher Playd Basketball. ④ Again, C/o Lopez states, He personally seen I/M Fletcher play Basketball. ⑤ C/o Lopez states, He Watch I/M Fletcher play A Vigorous game of Basketball. ⑥ CDC-128 Shows not only proof, But, Also clear Evidence that C/o Lopez is Targeting I/M Fletcher. ⑦ CDC-128 States that C/o Lopez Took it upon hisself to act like an Doctor Went and Reviewed I/M Fletcher D.E.L.S. File. ⑧ All Mobility Inmates do Some kind of excecise, I/M Fletcher Now Feel's that He is Being Not only A Target, But, Racilly and Discriminated againts because he is Black. ⑨ C/o Lopez then states, that, He is A Doctor when he states, that I/M Fletcher Claims of being in Severe pain. ⑩ I/M Fletcher Files States, that, I/M Fletcher has been in Severe pain For over 15 years, once Again, C/o Lopez is playing Doctor. ⑪ C/o Lopez States on CDC-128 that I/M Fletcher Takes 1 Morphine 15 milligram and 2 - 30 milligrams of Morphine, once Again, Not only Is I/M Fletcher being Targeting Harass and personally saught out by A Racial and A Discriminating officers, But, C/o Lopez is lying as well, I/M Fletcher takes ① 15 Milligram of Morphine in the Morning, ① 15 Milligram of Morphine At 3 and ① 30 Milligram of Morphine At 8 P.M.

⑫ C/O Lopez states that when he enter Bravo Gym to help Monitor the Morning Issuance of Medications. C/O Lopez states Exactly on the CDC 128 that he went Straight to I/M Fletcher to tell Me to exit the Gym Cause I took My Medication, How Could C/O Lopez know this? ⑬ I/M Fletcher was A Target Again and was being not only Sought out, But being Harass. ⑭ on the CDC-128 C/O Lopez does not even states where I/M Fletcher was ⑮ How Come C/O Lopez did not Issuance the Morning Medications? ⑯ How Come C/O Lopez lied? ⑰ How Come I/M Fletcher was A Target? ⑱ CDC-128 states that I/M Fletcher Remove his left Sock, How Can I/M Fletcher take off his Sock First without Removing his shoe First? ⑲ C/O Lopez lied, I/M Fletcher Never had 2 Bindles of anything, C/O Lopez Planted that there, that's why I/M Fletcher was A Target. ⑳ C/O Lopez told I/M Fletcher, that He will Set Me up Cause I have him in Court and being Invistagated for Numerous of Charges And I'm not in Liberty to Say Cause of the Seriousness of Some Charges. ㉑ CDC-128 states Everything that I/M Fletcher is Saying is Real, True and A Fact

I/M Fletcher - C-41111
B-10-223-Low

| NAME and NUMBER | FLETCHER, G. | C-41111 | FB-10-223L | CDC-128-B (Rev. 4/74) |

On Thursday, September 10, 2015, at approximately 1030 hours, while performing my duties as Security Patrol # 3, I entered Facility Gym, for I was looking for an inmate. Upon entering the Gym, I observed Inmate FLETCHER G., C-41111, FB-10-223L, playing a vigorous game of Full-Court Basketball with a group inmate half his age. I personally observed him play this game for nearly a full Twenty (20) minutes, it was approximately 1050 hours, when they stopped the game for Noon Medication Line. This is not the first time I have seen Fletcher play thus, for on numerous occasions I have personally seen Fletcher play Basketball.

However, due to an incident on 9/9/2015, I went and reviewed Fletchers D.E.C.S. file, and it shows that Fletcher has the following Health Care Appliances due to his mobility impairment: * Braces; 1] Knee Brace, 2] Ankle Brace, 3] Foot Orthosis, 4] Wrist Brace, and an Impaired Disability Vest, along with Orthopedic Shoes. As for Prescribed Medications, Fletcher does not just receive one type of Morphine for his "Pain" he receives TWO (2) different doses, 1] 15 Milligram Morphine, and 2] 30 Milligram Morphine, due to Inmate Fletcher's "claims" of being in severe pain. This is very interesting to note for below is a summary of the events that took place on Wednesday September 9, 2015:

On Wednesday, September 9, 2015, I was helping monitor the morning meal. Immediately upon the completion of the morning meal I reported to the Bravo Gym to help monitor the morning issuance of medications. Upon entering the Facility "B" Gym, I approached Inmate Fletcher to tell him to exit the Gym for he had already received his medications. Inmate Fletcher seemed nervous about me approaching him, so I escorted him to the inmate restroom area of the Gym and performed an unclothed body search of Fletcher. As Fletcher removed his left sock two (2) small bindles were exposed. I retrieved the two bindles. I completed the unclothed body search. I asked Fletcher about the two bindles which were wrapped in white paper, wrapped in tape. Inmate Fletcher stated, "I don't know what those are." I opened the bindles which exposed two different types of medications. I took the medications to the pharmacy where they were identified by a Licensed Pharmacist, Chu as one 15 mg morphine pill and one 30 mg morphine pill. I maintained sole possession of the two pills. I placed the pills in an evidence envelope and secured the envelope into the evidence locker #1, located in Central Control.

```
Original :    Central File
     cc :    Inmate Fletcher's Medical Records         M. Lopez,
             Chief Medical Officer at R.J.D.C.F.       Correctional Officer
             TTA Pharmacy                              B-Facility
             Inmate                                    R.J.D.C.F.
             9/16/2015
```

INMATE COPY

DATE                                                                GENERAL CHRONO

Dear MR. SHEFFON!

I'M Encloseing My Affidavit To you, Along with ~~Just~~ what Just took place SiR. I have Sent letters To

Alicia Mongareo And Courtney Denice
Public Defender Invistigators
303 H. St. Suite 400
San Diego, CA. 91910

Direct Line 619-498-2047
FAX. 619-498-2039
Reception 619-498-2001

And To Robert J. Moossy JR.
Criminal Section - PHB
950 pennsylvania Ave, NW
Washington, DC 20530

Please Come And see A.S.A.P

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gregory L. Fletcher
C-41111

**DEFENDANTS**
c/o Olumn, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gregory L. Fletcher
480 Alta Rd.
San Diego CA 92179

Attorneys *(If Known)*

2254 __ 1983 __
FILING FEE PAID
Yes __ No __
IFP MOTION FILED
Yes __ No __
COPIES SENT TO
Court __ / ProSe __

FILED
SEP 24 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

15CV2156 GPC NLS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☒ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 09/24/2015
SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

Gregory Fletcher-C41111
RJD
B-10-223-low
480 Alta Rd
San Diego, CA. 92179

Legal
Mail

£ 301749

Steven L, Stafford
U.S. Marshal
Southern District of California
U.S. Courthouse Annex
333 W. Broadway, Suite 100 (plaza
San Diego, CA 92101

USA

SEP 24 2015
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Earthwise
AMPAD