UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>C/O QUIN; C/O LOPEZ; SERGEANT STRICLAND; C/O ROMERO; C/O GALVAN; C/O GRISSON; C/O SORRANNO; CAPTAIN SANCHEZ,<br><br>Defendant. | Case No.: 3:15-cv-02156-GPC-WVG<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS QUINN AND GALVAN** |

On September 24, 2015, Plaintiff filed a complaint against a number of prison officials employed at the Richard J. Donovan Correctional Facility ("RJD") in San Diego, California.[1] Dkt. No. 1. On October 26, 2015, the Court dismissed the complaint without prejudice for failure to pay filing fees. Dkt. No. 4. On December 8, 2015, Plaintiff filed a first amended complaint ("FAC"), and on December 28, 2015, Plaintiff filed a motion to proceed *in forma pauperis*. Dkt. Nos. 6 & 8. The Court granted

---

[1] The FAC identifies these individuals as C/O Quin[n], Romero, Galvan, Sorrano, Grisson, Lopez, Captain Sanchez and Sgt. Stricklin/Stricland.

1

Plaintiff's motion to proceed *in forma pauperis* and directed the U.S. Marshal to effect service on Plaintiff's behalf. Dkt. No. 11.

The FAC alleges that Defendants violated Plaintiff's (1) Eighth Amendment right to be free from cruel and unusual punishment and (2) First Amendment rights to freedom of association, free speech, and freedom of religion. FAC, Dkt. No. 6. On June 20, 2016, Defendants filed a motion to dismiss Defendants Galvan and Quinn. Dkt. No. 22. On March 3, 2017, this Court granted Defendants' motion to dismiss Galvan and Quinn from the FAC with leave to amend. The Court gave Plaintiff sixty (60) days from the date of the order to amend his allegations against Defendants Galvan and Quinn.

Plaintiff has failed to file an amended complaint against Defendants Galvan and Quinn within the time frame ordered by the Court. More than sixty days have elapsed since the Court's March 3, 2017 Order. Accordingly, this Court hereby **DISMISSES** Plaintiff's claims against Defendants Galvan and Quinn with prejudice. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").

**IT IS SO ORDERED.**

Dated: July 11, 2017

Hon. Gonzalo P. Curiel
United States District Judge